UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

2019 JUL 26 P 12: 00

JEANNE A. [illegible]
BY: [signature]
DEPUTY CLERK

In Re: Taurus Grimes

Case No.: 18-26059/JNP

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

☒ Motion for Relief from the Automatic Stay filed by ___SLS___, creditor

A hearing has been scheduled for ___8/13/19___, at ___10:00___ m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐ Certification of Default filed by _____, creditor.

I am requesting a hearing be scheduled on this matter.

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (choose one):

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): _____

☒ Other (explain your answer): I made pymts 3/30; 5/2; 5/31; + 7/6, that haven't been acknowledged.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/24/19

Debtor's Signature

Date: _____

Debtor's Signature

NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.

If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.



```
See back of receipt for your chance
to win $1000 ID #:7H6L5K1H9B7L

            Walmart

856-453-0418 Mgr:KRISTIN SAYERS
         1130 HIGHWAY 77
         BRIDGETON NJ 0302
ST# 05384 OP# 002657 TE# 93 TR# 02162
****** MoneyGram Services SALE *******
MGI BPAMT    060538812239      789.90 O
Amount Paid
MGI BPFEE    060538812240        9.99 O
Final Fee Amount
          REF ID# MGFS

*****************************************
                   TOTAL     799.89
            DEBIT TEND       799.89
            CHANGE DUE         0.00
EFT DEBIT     PAY FROM PRIMARY
  799.89  TOTAL PURCHASE
US DEBIT       **** **** **** 1193 I 0
REF # 918700051450
NETWORK ID. 0076 APPR CODE 120933
TERMINAL # SC011319
       07/06/19      13:12:41
              # ITEMS SOLD 2
     TCN 6364 2144 1192 9224 4572 5

         07/06/19     13:13:00
   Scan with Walmart app to save receipts
```



```
CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 5384
1130 HIGHWAY 77
BRIDGETON,NJ 0030200000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com

ExpressPayment (TM)

SEND/ENVIO

Date/Fecha: 07-06-2019
Time/Hora: 13:12:52 PM

Sender Information /Información
de la persona envía
TAURUS GAINES
810 CHESTNUT AVE
BRIDGETON,NJ 00302
Phone/Teléfono: 8564510223


Receiver Information /Información
de la persona que recibe

PDSERVICING
Account/Cuenta: ******0649

Reference/Referencia#
              92308743

Amount Transferred/Cantidad del Envio:
789.90 USD
Fee/Cargos: 9.99 USD
Discount/Descuento: -0.00 USD
Taxes: +0.00 USD
Total: 799.89 USD
Collect/Cobrado: 799.89 USD
```



```
See back of receipt for your chance
to win $1000 ID #:7N5ZZ1035WF
            Walmart
   856-935-8200 Mgr:SHAWN MOSLEY
            709 S BROADWAY
           PENNSVILLE NJ 08070
ST# 02041 OP# 005417 TE# 93 TR# 02490
****** MoneyGram Services SALE ******
MGI BPAMT    060538812239    789.90 0
Amount Paid
MGI BPFEE    060538812240      9.99 0
Final Fee Amount
            REF ID# MGFS

          SUBTOTAL       799.89
             TOTAL       799.89
        DEBIT TEND       799.89
        CHANGE DUE         0.00
EFT DEBIT       PAY FROM PRIMARY
  799.89  TOTAL PURCHASE
US DEBIT        **** **** **** 1193 I 0
REF # 915100707200
NETWORK ID. 0076 APPR CODE 750757
TERMINAL # SC010299
         05/31/19    16:51:16
            # ITEMS SOLD 2
  TC# 0597 3934 6973 9336 1873 5

Low Prices You Can Trust. Every Day.
         05/31/19    16:51:34
```

CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 2041
709 SOUTH BROADWAY
PENNSVILLE,NJ 08070

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com

ExpressPayment (TM)

SEND/ENVIO

Date/Fecha: 05-31-2019
Time/Hora: 15:51:26 PM

Sender Information /Información
de la persona envía
TAURUS GRIMES
810 CHESTNUT AVE
BRIDGETON,NJ 08302
Phone/Teléfono: 8564510223

Receiver Information /Información
de la persona que recibe

PDSERVICING
Account/Cuenta: ******0649

Reference/Referencia#
78284160

Amount Transferred/Cantidad del Envio:
789.90 USD
Fee/Cargos: 9.99 USD
Discount/Descuento: -0.00 USD
Taxes: +0.00 USD
Total: 799.89 USD
Collect/Cobrado: 799.89 USD

See back of receipt for your chance
to win $1000 ID #:7N50YF1U9CS3

# Walmart

-453 0428 R: :KRISTIN SAYERS
1130 HIGHWAY 77
BRIDGETON NJ 0302
ST# OP# 007883 TE# 91 TR# 03655
MoneyGram Services SALE *******
JOI OPAMT    660538312239    789.90 O
Amount Paid
RG2 OPFEE    060538012240    9.99 O
Final Fee Amount

KIT 100 HGFS

****************************
            TOTAL    799.89
       CASH TEND    800.00
       CHANGE DUE    0.11
       # ITEMS SOLD 2
TC# 8913 4091 7034 5446 6094 3

05/02/19    19:55:08

CUSTOMER COPY/COPIA DEL CLIENTE

WAL*MART 5384
1130 HIGHWAY 77
BRIDGETON,NJ 0830200000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com

ExpressPayment (TM)

SEND/ENVIO

Date/Fecha: 05-02-2019
Time/Hora: 19:54:58 PM

Sender Information /Información
de la persona envia
TAURUS GRIMES
810 CHESTNUT AVE
BRIDGETON,NJ 08302
Phone/Teléfono: 8564510223

Receiver Information /Información
de la persona que recibe

PDSERVICING
Account/Cuenta: *******0649

Reference/Referencia#
35962483

Amount Transferred/Cantidad del Envio:
789.90 USD
Fee/Cargos: 9.99 USD
Discount/Descuento: -0.00 USD
Taxes: 0.00 USD
Total: 799.89 USD
Collect/Cobrado: 799.89 USD

```
See back of receipt for your chance
to win $1000 ID #:7N5B1N1U9K3Y
```

# Walmart

```
856-453-0418 Mgr:KRISTIN SAYERS
          1130 HIGHWAY 77
          BRIDGETON NJ 8302
ST# 05384 OP# 002713 TE# 93 TR# 08792
****** MoneyGram Services SALE *******
MGI BPAMT     060538012239      789.00 0
Amount Paid
MGI BPFEE     060538012240        9.99 0
Final Fee Amount
       NET 100 MGFS
```

```
*****************************************
              SUBTOTAL        798.99
                 TOTAL        798.99
           DEBIT  TEND        798.99
           CHANGE DUE           0.00
EFT DEBIT        PAY FROM PRIMARY
   798.99  TOTAL PURCHASE
US DEBIT          **** **** **** 1193 I 0
REF # 909900446990
NETWORK ID. 0076 APPR CODE 702653
TERMINAL # SC011919
       03/30/19     13:33:26
           # ITEMS SOLD 2
TC# 7062 6268 7406 3668 6158 1
```

```
      03/30/19     13:33:44
Scan with Walmart app to save receipts
```

```
CUSTOMER COPY/COPIA DE CLIENTE

WMT ____ 5984
1130 _____ 77
BRIDGETON __ 083200000

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1-800-926-9400
www.moneygram.com

ExpressPayment (18)

SEND/ENVIO

Date/Fecha: 03-30-2019
Time/Hora: 13:33:36 PM

Sender Information /Información
de la persona envia
TAURUS GRIMES
810 CHESTNUT AVE
BRIDGETON,NJ 08302
Phone/Teléfono: 0564510223

Receiver Information /Información
de la persona que recibe

PNCROUTING
Account/Cuenta: ******0549

Reference/Referencia#
                27234829

Amount Transferred/Cantidad del Envio:
789.00 USD
Fee/Cargos: 9.99 USD
Discount/Descuento: -0.00 USD
Taxes: -0.00 USD
Total: 798.99 USD
Collect/Cobrado: 798.99 USD
```