UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

In re:

Taurus O. Grimes,

                                        Debtor.

Order Filed on June 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-26059-JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 16, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Specialized Loan Servicing, LLC, as servicing agent for Government Loan Securitization Trust 2011- FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

**X** Real property more fully described as:

**810 Chestnut Avenue, Bridgeton and Upper, Deerfield Township, NJ 08302**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*rev.11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-26059-JNP
Taurus O Grimes                                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 16, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db            +Taurus O Grimes,   810 Chestnut Ave,   Bridgeton, NJ 08302-1226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
          INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
          ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET. AL. nj.bkecf@fedphe.com
         Denise E. Carlon   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
          INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
          ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET. AL. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in its
          individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
          its individual capacity but solely as Co-Trustee for Gove dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Gavin  Stewart   on behalf of Creditor   Specialized Loan Servicing LLC bk@stewartlegalgroup.com
         Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com,
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Sherri Jennifer Smith   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
          INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN
          ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ET. AL. nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
         Terry  Tucker   on behalf of Debtor Taurus O Grimes terrytucker@comcast.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 9